HOVAGIM POHAN, as Administrator, etc., of HARRY SHAHBAZIAN, Deceased, Respondent, v. P. J. MURPHY BATTERY CORPORATION and Another, Appellants. —Appeal dismissed, without costs upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ROSA A. KING, Appellant, v. ETTA H. O'BRIEN, Respondent.—Appeal dismissed, without costs upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HUGH MELDRUM, Appellant, v. EDITH M. MELDRUM, Respondent.— Appeal dismissed, without costs upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ANNA FARRELL and Another, Respondents, v. CITY OF SYRACUSE and Others, Appellants.—Appeal dismissed, with ten dollars motion costs and disbursements for printing of briefs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY BYKOWICZ, Appellant.—Appeal dismissed pursuant to section 535 of the Code of Criminal Procedure.* Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD TUCHOLKA, Appellant.—Appeal dismissed pursuant to section 535 of the Code of Criminal Procedure.* Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH DEMASCOLA, Appellant.—Appeal dismissed pursuant to section 535 of the Code of Criminal Procedure.* Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

SYRACUSE COLD STORAGE COMPANY, Appellant, v. HORACE K. HITCHINGS, Respondent.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLES BANK OF EAST RANDOLPH, Respondent, v. WILLIAM P. HALE, Appellant.—Appeal dismissed unless appellant shall file and serve printed records by January twenty-seventh. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

HOMER C. GARDNER, Appellant, v. JOHN J. GINTHER and Others, Respondents.— Application of the Attorney-General of the State of New York and of New York State Rural School Improvement Society, Inc., for leave to file briefs as *amici curiæ* granted. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LYNCH, Appellant.— Time for argument of appeal enlarged to and including January twelfth. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

FRANCIS M. REED, as Administrator, etc., of DAVID M. REED, Deceased, Respondent, v. JAMES C. DAVIS, Director General of Railroads, etc.† NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion to dismiss appeal denied, upon condition that appellant shall file and serve printed briefs by January tenth, pay to respondent's attorneys ten dollars, and shall be ready for argument on January twelfth. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

* Amd. by Laws of 1926, chap. 464.— [REP.

† See U. S. Code, tit. 49, § 74; Id. § 74, subd. h; 44 U. S. Stat. at Large, 2597, 2598, whereby Andrew W. Mellon, Secretary of the Treasury, is successor.— [REP.